UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JULIE DILORENZO CARDOSO,**

    **Plaintiff,**

v.                                                    Case No. 8:16-cv-149-T-AAS

**NANCY BERRYHILL,**
**Acting Commissioner of Social Security,**

    **Defendant.**
_____/

## **ORDER**

This cause comes before the Court on Plaintiff Julie Dilorenzo Cardoso's Unopposed Motion for Award of Attorney Fees and Costs. (Doc. 18). Plaintiff seeks attorney's fees in the amount of $5,208.25, as well as costs in the amount of $400.00, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.

The Court entered an Order reversing and remanding the case under sentence four of 42 U.S.C. § 405(g) to the Commissioner for further administrative proceedings. (Doc. 16). The Clerk entered judgment in favor of Plaintiff thereafter. (Doc. 17). As the prevailing party, Plaintiff now requests an award of fees and costs. *See* 28 U.S.C. § 2412(a)(1) & (d)(1)(A).

Plaintiff states that the Commissioner does not oppose the requested relief. (Doc. 18, p. 1). After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees (Doc. 28 Ex. 1) and pay the fees directly to Plaintiff's counsel.

For the reasons set out in Plaintiff's motion, therefore, it is hereby **ORDERED:**

1. Plaintiff Julie Dilorenzo Cardoso's Unopposed Motion for Award of Attorney Fees and Costs (Doc. 18) is **GRANTED.**

2. Plaintiff is awarded $5,208.25 in attorney's fees, and costs in the amount of $400.00, pursuant to the EAJA.

**DONE AND ORDERED** in Tampa, Florida, on this 19th day of June, 2017.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge